IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEBORAH BLATCHFORD,
          Plaintiff,

v.                                                No.  1:13-cv-00160 MCA/RHS

ORETTE WILLIAMS and FEDEX
GROUND PACKAGE SYSTEM, INC.,
          Defendants.

## STIPULATION OF DISMISSAL

Plaintiff Deborah Blatchford ("Plaintiff") and Defendants Orette Williams and FedEx Ground Package Systems, Inc. (together, "Defendants") stipulate and agree that the above-captioned cause of action should be dismissed in its entirety and with prejudice, with each party to bear its own costs and attorneys' fees.

As grounds for this Stipulation of Dismissal, Plaintiff and Defendants state that all matters in controversy have been fully settled and compromised.

WHEREFORE, the parties respectfully request that the Court enter an order dismissing the above-captioned cause of action in its entirety and with prejudice.

Dated: December 31, 2013        Respectfully submitted,

                                          RODEY, DICKASON, SLOAN, AKIN & ROBB, PA

                                          By: _____
                                             Brenda M. Saiz
                                             Tyler M. Cuff
                                             P.O. Box 1888
                                             Albuquerque, NM 87103
                                             Telephone: 765-5900
                                             Facsimile: 768-7395
                                             E-Mail: bsaiz@rodey.com
                                                        tmcuff@rodey.com

*and*

SHAPIRO, BETTINGER, CHASE, LLP

By: ____*Approved electronically 12/3/13*_____
      Gregory Chase
      7411 Jefferson St. NE
      Albuquerque, NM 87109
      Telephone: (505) 888-6463
      Facsimile: (505) 888-6465
      E-Mail: gregc@shapbett.com